JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JITENDRA SAWANT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Defendant. | Case No. 5:21-cv-00211-AS<br><br>[~~PROPOSED~~]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

GOOD CAUSE HAVING BEEN SHOWN, the parties' Stipulation of Dismissal is hereby GRANTED. This case is dismissed under the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Both Parties shall bear their own costs and fees. IT IS SO ORDERED

DATED: November 17, 2021

/ s / Sagar
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE